RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113
Telephone:    (408) 535-1900
Facsimile:    (408) 998-3131
Email:        cao.main@sanjoseca.gov

Attorneys for Defendants
BRIAN FERRANTE and TOM MORALES

*IT IS SO ORDERED*
*Judge James Ware*
4/14/2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE FACILITY

| | |
|---|---|
| RAMON JOSE VASQUEZ,<br><br>            Plaintiff,<br><br>v.<br><br>BRIAN FERRANTE, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT AND TOM MORALES, INDIVIDUALLY AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, and DOES 1 through 50, inclusive,<br><br>            Defendants. | NO.:   CV10-00948 JW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS STIPULATED BETWEEN THE PARTIES THAT:

Pursuant to Northern District Local Rule 6-1(a), the parties agree that Defendants, BRIAN FERRANTE and TOM MORALES, shall have until April 23, 2010, to file a responsive pleading.  This extension will not affect any event or deadline already fixed by Court Order.

DATED:   April 5, 2010         RICHARD DOYLE, City Attorney

By:   /s/ Clifford S. Greenberg
         CLIFFORD S. GREENBERG
         Senior Deputy City Attorney

Attorneys for Defendants
BRIAN FERRANTE and TOM MORALES

DATED:   April 5, 2010         LAW OFFICES OF MORALES & LEANOS

By:   /s/ Jaime A. Leanos
         JAIME A. LEANOS

Attorneys for Plaintiff
RAMON JOSE VASQUEZ

I affirm that Plaintiffs' counsel has consented to the electronic filing of this document on plaintiff's behalf.

DATED:   April 5, 2010         RICHARD DOYLE, City Attorney

By:   /s/ Clifford S. Greenberg
         CLIFFORD S. GREENBERG
         Senior Deputy City Attorney

Attorneys for Defendants
BRIAN FERRANTE and TOM MORALES