UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMON JOSE VASQUEZ,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>BRIAN FERRANTE, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT AND TOM MORALES, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No.:10-CV-00948-LHK<br><br>ORDER EXTENDING SETTLEMENT CONFERENCE DEADLINE |

Pursuant to the parties' stipulation, the deadline for completion of the previously-ordered Magistrate Judge Settlement Conference is hereby extended to April 28, 2011.  The further Case Management Conference set for March 2, 2011 at 2 p.m. remains as set.  By February 23, 2011, the parties shall file a Joint Case Management Conference Statement with proposed case schedule, including dates for discovery cutoff, dispositive motion hearing, pretrial conference and trial, and estimated trial length.

**IT IS SO ORDERED.**

Dated: February 7, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 10-CV-00948-LHK
ORDER EXTENDING SETTLEMENT CONFERENCE DEADLINE